CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

NOV 17 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR, ) | Civil Action No. 7:11-cv-00539 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| ALL JUDICIAL FUNCTION PERSONS ) | By: Hon. James C. Turk | |
| OF POST OFFICE BOX 8537 TO THE ) | Senior United States District Judge | |
| UNITED STATES DISTRICT COURTS ) | | |
| UNDER MISSOULA, MONTANA ) | | |
| FEDERAL AUTHORITY, <u>et al.</u>, ) | | |
| Defendants. ) | | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); it is

**CERTIFIED** that an appeal of this order would not be taken in good faith, pursuant to 28 U.S.C.

§ 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 17th day of November, 2011.

/s/ James C. Turk
Senior United States District Judge